LOUIS A. MAURER, DEFENDANT IN ERROR, v. GOULD & EBERHARDT, INCORPORATED, PLAINTIFF IN ERROR.

Argued March 24th, 1905—Decided March 27th, 1905.

On error to the Supreme Court.

For the plaintiff in error, *Lindabury, Depue & Faulks.*

For the defendant in error, *Samuel Kalisch.*

*43 Vroom.* Doherty v. Catskill Cement Co.

PER CURIAM.

The judgment in this case should be affirmed, for the reasons given in the opinion delivered by the Supreme Court.

*For affirmance*—DIXON, FORT, GARRETSON, PITNEY, BO-GERT, VREDENBURGH, VROOM, GREEN, GRAY.  9.

*For reversal*—None.